US District Court

**FILED** Northern District of IL
Eastern Division

USA          SEP 12 2023 KG          12   CR   723

v.          THOMAS G. BRUTON          13   CR   703
Adel Daoud          CLERK, U.S. DISTRICT COURT          15   CR   487

## Affidavit in Support to the Attached Motion

I hereby affirm that the following facts are true, correct, and complete. That I am of majority age, and competent to state the matters herein. In support Affiant, Adel Daoud; will state the following:

1. My former lawyer, Thomas Anthony Durkin, told me if I plead guilty, he thought I would get 17 years

2. Durkin told me I would not get a fair trial because it's a terrorism case

3. I asked Durkin and Herman for an estimate if I lost trial, and they wouldn't give me one

4. Durkin said Judge Coleman would retire soon and that I would be liable to get one of the " bad Judges". Everyone including my lawyers said Coleman is a "good Judge". I myself liked Coleman and thought she had mercy.

5. Getting a new Judge, losing trial, and getting 20, 30, or 40+ years while being innocent, scared me enough to agree to a plea. For religious reasons, I refused to sign the plea deal, because it's a false confession. Durkin acknowledged that I was innocent, but that I should " cut my losses" now and that he didn't want to "see me get hurt" in a trial.

6. During the beginning of Sentencing 2019, while the government played a Nasheed video, Durkin looked at me and

⑥

pretended to slice his throat with his finger while making a slicing sound telling me I would have lost horribily if this were a trial.

⑦

## Verification

I, Adel Daoud, will affirm under the penalty of perjury that the information stated herein in the attached "Motion to invalidate plea" is true and that I have written this Affidavit and submit the same with purpose. That this is being submitted for the reasons requested within the body of these documents. Affiant declares under the penalty of perjury pursuant to 28 USC Sec 1746 on the 6th day of September, 2023

Respectfully submitted,

Adel Daoud

Notary _____     Date _____ .

My Commission Ends _____

⑧

## Certificate of Service

I hereby certify that I have caused a copy of this Motion and Affidavit to be served to all parties of interest through the clerk by placing same in inmate legal mail on this the 7th day of September, 2023. This being submitted under the penalty of perjury

Respectfully submitted,

Adil Daoud

Adel Daoud -43222-424
Metropolitan Correctional Center
71 W Van Buren St
Chicago, IL 60605

Legal
Mail

Clerk of Court
219 S Dearborn
Chicago, IL 60604

09/12/2023-7