a wall again, you know what I mean? I don't like the way you,
doing this. You know what I mean? I love you to death though,
man. I don't wanna argue with you, I don't want argue, and I
don't wanna fight though, but I wanna to know that, youknow what
I mean? That I just be wanting to know what it is, you know what
I mean? And I know that you just sometimes just get mad, and
you say shit, and I frustrate you, and blow you and make you
say shit. But, you know, it gotta be what it is, man and you
know, I just don't want you to feel like I'm forcing myself on
you, and you know what I mean? and none of that-

Wife:- That's what you doing right now

Vino: Ok. So. What you saying Muffin?

Wife: You go on, on Rockwell

Vino: You sure that's what you want?

Wife: Mm hmm [...]

Vino: Ok. Ay. Put some money on the phone for me so I can call
you back

Wife: Mm mm. Call your mama

Vino: Huh?

Wife: Mm mm. Call your mother

Vino: I wanna talk to you though, for real, I aint bullshitting
no more, either though. Just put some money on the phone-

Wife:- I'm not either, naw, we aint got nothing to talk about

Vino: Yes we do. And I aint going on Ruswell-

(Both talking at same time]

Vino: No I'm not. And I know what day this court gonna be too,
man. So. You know. We don't got that many days to get this shit
little bit better than this though and this shit though, but

19

I love you though on (UI) though and I'll talk to you at, would
you put some money on the phone so I can talk to you at 3 when
I come back out?

(Both talking at same time)

OP: You got one minute left

Vino: We only got one minute now. Ay. You hear me?

Wife: Call your mama

Vino: Naw, I'm sorry bro man. I aint gonna argue with you about
that no more, I don't even (Wife: No...) wanna

Wife: No. No. Call your mama. Is that you don't trust me, (first
of all)

Vino: (same time: Listen listen)

Wife: No no

Vino: LIsten. Listen. LiSten

Wife: Naw you listen, you listen

Vino: Ok listen. Listen to me

Wife: You ~~odn't~~ don't trust me so therefore you don't need to be with
me. I don't have to be with no mother fucking body that don't
trust me, period. So therefore, you go on home, over there to
Rockwell, on to (Vino same time: Listen. liSten. do you trust
me?) Rockwell. Go to Rockwell. Go to Rockwell. Go to Rockwell.
Go on Rockwell

Vino: I'm going with you. I love you though, man

Wife: No you're not (Vino: trust you man..) No you're not (Vino:
sometimes, I do)

VIno: sometimes, I do, sometimes it's hard for me be in love
in this-

Wife:- I don't give a fuck. Go on well, To Rockwell ⌊i.e. at

his Mama house]

Vino: You making me crazy, man. I aint going no where, I'm going with you, bro, put some money on the phone so I can call you at 3 please

Wife: No

Vino: I come right back out at 3 o'clock. It's 2 now. So would you hurry up and do that-

Wife: I don't care. No.

Vino: Stop playing man! God, man! Before you piss me off

Wife: No. I don't have no money. I have a paper check

OP: Tank you for using Securus! [14]

Do you really think Vino told the truth in his testimoney? Vino said his **main** concern was that I would be a danger to the community. He swore that I came up with killing the Agent, that he didn't pressure me, or force me to make the phone call to assassinate the agent. At the same time, he swore that I'm small and seen as prey immediately. If Vino can speak for anyone, he can speak for himself, and that means he saw me as prey immediately. I am 5 foot 5. He's 6 feet. I was 170 when the FBI/FIB kidnapped me, and within the first few months of incarceration dropped down to 145 pounds. I wasn't getting any bigger and he was well over 200 pounds, and over 15 years my senior, locked with me 20+ hours a day for over 30 days. Would you ~~trust~~ trust Vino to be honest? TO NOT PRESSURE ME? Look how he tries to force his wife to stay with him, on the phone! Look how he tries to manipulate his wife to say what he wants, on the phone! Threaten to _kill her_, on the phone! This is your witness? If he would pressure his wife to stay with him, or send him money (on a Jail recorded phone)

21

what makes you think he wouldn't pressure a new prisoner, someone who's from the suburbs ⌊14.2⌋, never went to jail, never got arrested, " a kid in his cell," that he doesn't really knowor care about, to say the right thing for him to get out of prison? And he's been locked up for over 2 years? The only reason you could believe him, or act like you believe him, is if you want to ! Not only did he make this last call when we were cellies, he made this call right after he finished setting me up. He called his friend and handler, Drake Carpenter, before the latter forwarded his call ⌊cited above⌋ to his wife:

Vino: Hello?

Carpenter: What's up?

Vino: Shit. What's the deal, big bro?

Carpenter: Uh shit. What's happening, you straight?

Vino: Yeah they move shorty ⌊me⌋ and they moved Lil Walt too ⌊15⌋

   After the scheme was over, they moved me out of the unit. My cell. 11/30/2012:

Cop: Daoud! ⌊Cop speaking through speaker⌋

Daoud: Yeah

Cop: Pack your stuff

Daoud: Huh? What. Where am I going?

Cop: Pack your stuff ⌊16⌋

Vino: Both of us, or just Daoud?

Cop: Just Daoud

Daoud: ⌊to vino⌋ I hate you ⌊17⌋

Daoud: ⌊to himself⌋ (laughs) Man that's bogus! (UI) Now I'm gonna get more discovery! ⌊18⌋

I hate you? Why would Daoud hate Vino? I thought they were friends! More discovery? I said this to myself. [18.2] What was I talking about? How did I know?! In my cell, 11/26/12:

Daoud: Would you ever snitch to get out of prison? [...]

Vino: (UI)

Daoud: Would you?

Vino: (UI) myself, or what the fuck you mean?

Daoud: Like... I don't ~~nkow~~ Know for anything? man

Vino: Do I have to real bad? Why the fuck you keep asking me man?

Daoud: Naw, man. (UI) Would you snitch to get out of here?

Vino: Would you?

Daoud: No. Would you?

Vino: (UI) talking stupid (UI) huh?

Daoud: Making sure

VIno: Making sure?

Daoud: yeah

Vino: Yeah?

Daoud: (UI)

Vino: (UI) You stupid or something, fam?

Daoud: That's what I wanted to hear

Vino: What the fuck wrong with you man? What are you stupid or something, fam?

Vino: What's wrong with say, man? Where you get these dumbass questions, man?

Daoud: Like what?

Vino: Like

Daoud: (UI)

23

Vino: Where you get that from, man?

Daoud: (UI)

Vino: Yeah some inshǝ'Allah. Fuck you talking stupid like that?

Daoud: I asked you before, right?

Vino: I don't know, man, but if you ask again, I'll slap the shit out you. How about that?

Daoud: yeah

Vino: (UI) How about I just slap the shit out of you (UI) for asking me that? (UI)

Daoud: Naw, you don't have to worry about that

Vino: Naw, I think I should slap the shit out of you

Daoud: Naw, it's ok

Vino: Then why would you just ask me something that stupid man?

Vino:... Hello...?

Daoud: I don't know!

Vino: (UI) you stupid? (UI) How the fuck you just ask me that man?

Daoud: ... (UI) having a conversation

Vino: and What's (UI) that from?

Daoud: After the (killing thing?)

Vino: (UI)

Daoud: After (UI) people

VIno: So why would you ask me that though? What the fuck make you ask me something like that?

Vino: Hello!

Daoud: I'm making sure

Vino: Why were you making sure? Why would you ask me that? Don't ask me no more.

Daoud: Alright

Vino: What the fuck? You stupid or something fam?

Daoud: family?

Vino: ... stupid motherfucker... [19]


Same day again. Look. Look. Look:

Vino: If you ask me if I'm a snitch again, I'm gonna kick yo ass [20]


That was 11/26/12. What does Vino tell me? Don't ask if I'm a snitch. Don't even sound like you're asking me. If you ask me again, or suspect me again I will hurt you! This is significant because they said I made the "Uncle Mike" call 2 days later, on 11/28/12:

Daoud: You nervous?

Vino: Naw I'm not nervous, man, but we made a long way with this thing now, right?

Daoud: Mm hmm

Vino: You know. You got to speak English, ok?

Vino: I need to make sure you ok (UI) before we go any further, ok? I have something in this table right here, right? That you might be really interested in seeing, right? But. First, I wanna know if you really wanna go this far [21]

Continued:

Vino: You ready?

Daoud: [... pause] yeah

Vino: You nervous?

Daoud: Yeah...

25

Vino: Why you nervous?

Daoud: You know... When (they) (UI) gonna come (UI) make sure, you know what I mean... bluffing... (slurred speach)

Vino: And this is what I was worried about man, are you sure you wanna do this?

Daoud: ⌊Pause...⌋ you think I should back ⌊out⌋...? like...

Vino: No, because I don't want to make a decision for you; You know what I mean? I don't wanna make you- you know. Look. I put a lot of time and effort into making this happen, right?

Daoud: Hmm

Vino: You feel me? And now we at the point where it can happen . It's going to happen, right? You feel me? Now. It's just that- you know. You probably thought, you know. You run into a lot of people in jail. People say all type of shit. You probably didn't think that I could make this happen, for real.

Daoud⌊...⌋ I don't know. I thought (UI)

Vino: That's what I'm asking though; you know what I mean? Because, you know. I don't you to be like not like you just said it: Shit, the lawyer not coming, they don't know nothing, you know? I told you this , you feel me? I'm just saying- why you fuck you keep moving, man? You nervous?

Daoud: (slurred speech)

Vino: Why are you nervous for? You nervous in a good way, or a bad way?

Daoud: Ah...! I'm nervous I'm gonna get in trouble

Vino: Why would you get in trouble?

Daoud: I don't know.... I've been set up before... man you know like...

Vino: Because you've already been set up?

Daoud: Yeah. Seriou$ly, I mean like uh uh uh I thought the last thing less people (UI) (slurred speech) (laughing) (UI) (slurred speech) (UI) I so nervous too you know what I mean, though? Cuz uh... (UI)this and that (UI) so tense you know what I mean so... you know only two ~~ting~~ things are gonna happen right? They not (laughing) (slurred speech) (UI) pri$on afterward and (after they) got locked up and that's why I'm nervou$ i$ that you know what I mean that's one of the things that (UI)

Vino: You have to (take) (UI)

Daoud: What if (slurred speech)

Vino: Ah! Man! What's wrong with you?

Daoud: (slurred speech) aint nothing wrong with me...

Vino: You making me, nervous man! Stop freaken doing stuff crazy! Ok. Relax.

Daoud: Alright

Vino: Relax. Take a deep breath. Take a deep breath.

Daoud: (Takes a deep breath)

Vino: NOw make a decision

Daoud: ⌊... 6 seconds!⌋ Yeah if you guarantee that I'll I'll be ok. You know what I mean? Like I won't get in trouble? Then take care of it

Vino: What are you $tupid or something, man?

Daoud: (slurred speech)

Vino: For you to get in trouble that mean I would have to get in trouble too, right?

Daoud: ⌊...⌋ yeah

Vino: You the one who want it to happen to him, not me, right?

27

Daoud: (makes sound) (puffs)

Vino: Right? So-

Daoud:-yeah but I'm freaken <u>not</u>

Vino: Yeah but I'm saying: listen man. This gonna be one second (UI) you know. Don't get (UI); you know what I mean? Don't Don't change up on me now. You know what I mean? What about (UI) man. I understand that you little nervous man. A little. You could be a <u>little</u> nervous. But don't, you know, you're not gonna have pretty panick attack or you not not gonna (UI) (blowing)... (UI) you know nd I'll be and

Daoud: I don't feel like.... you know and I'll be and I'll feel better, you know what I mean...

Vino: So when you feel better  better between now and then?

Daoud: I'll feel better... if (slurred speach) (UI) pro<u>bably</u> I'll feel completely better <u>couple</u> <u>weeks</u> <u>past</u> and I'm ok [22]


Those were the conversations where Vino <u>made</u> <u>sure</u> he did <u>not</u> pressure me, or "make a decision for me." Thatwas me <u>agreeing</u> to go along with this. See! Then look: this is how he <u>fixes</u> it: ⌊after last clip, same day⌋

Vino: Cuz they asked about the money. Now. How much money do you have if-

Daoud: 20gs

Vino: Alright. There's gonna be no problem in collecting 20gs right? ⌊Note: I don't even SAY "g's"!⌋

Daoud: Naw

VIno: Alright. Now look man. And. We not going to Hell for this right?

2b

Daoud: No

Vino: Why?

Daoud: Every single reason allowed

Vino: Tell me again man!

Daoud: FBI Agent. American. Spy. Hypocrite

Vino:... (chuckles) Wait. Run them down one more time maybe(UI) run them one more time for me

Daoud: FBI agent. American. (mumbles) Kafir ⌊23⌋


Now is Daoud ready to make the call? Did that convince you? Because it's still 11/28/12 and he didn't make the call yet. Vino himself was <u>not</u> convinced after this, look:

Vino: make me nervous, man ⌊24⌋

Vino : You make me nervous. You aint gonna fuckin pansy up on me, are you, man? ⌊25⌋

Vino: Cuz you make me nervous a⌊s⌋ hell ⌊26⌋


Vino: I don't know why I think you're do some some pansy shit, man. You know what I mean? I don't like to keep it saying like; man, are you sure? You know what I mean? <u>PREssuring you and shit</u>. Because I don't want to seem like I'm pressuring you to do it. and then you be like man... (UI) you don't want it to go, <u>cuz it's going!</u> ⌊27⌋


Daoud: You nervous? You still nervous?

Vino: Cuz you aint convincing me that... ⌊28⌋


Vino: And you're still not saying the right <u>shit</u>

Daoud: Or what?

Vino: I don't know. Something that be more convincing that you not gonna freaken pansy up on me ⌊29⌋

He wasn't convinced even *after* having me answer about the 20gs and "Why we won't go to Hell for this." How much, then, do you think I was coached or coerced to do this? How much was directed by Vino? The code to kill the agent was "How is Uncle Mike doing?":

Vino: What's the code?

Daoud: My code?

Vino: Yeah. What's the code, what you supposed to know now? What you supposed to say on the phone? What you say?

Daoud: How's uncle mike

Vino: exact words

Vino: Bang! (CLAP CLAP CLAP CLAP CLAP CLAP!) ⌊claps in my ear 6 times⌋

Daoud: Yuuuaaaa!!! ⌊in pain⌋ ⌊30⌋

Vino: That's why I wrote that down in my own handwriting ⌊31⌋

This case is a joke. It's really a shame. I'm not the only one who thinks that. Where does the code come from? "How is Uncle Mike doing?" The FBI agents assigned to this case were SA ⌊Special agents⌋ Michael Biegalski and Michael Rees. ⌊32⌋ Get it? They got me to "say uncle." You know when your older brother or a bully twists your arm or something until you say what they want? Sometimes it's "mercy," and some people use, "say uncle!" And that is not the sad part. The sad part is ,

30

"Agents monitered <u>live</u>, with recording, from 8am-10am..." ⌊33⌋

That's right. They knew what was going on because they were listening the whole time. Again, this was <u>intentional</u>. And that's from a document I received November or October of <u>this</u> <u>year</u>. They only <u>gave</u> me this document when I pointed out that a bunch of the recordings were <u>missing</u>. Other than that I would never receive this information. From 2012!

That was <u>not</u> the orginal "code." <u>This</u> was the orginal "code":

Vino: How much money you got?

Daoud: 20 gs. You have my picture?

Vino: Yeah

Daoud: Alright

Vino: (UI)

Daoud: You can pick up the money when my friend gets out of jail

Vino: How long is that gonna be? Soon?

Daoud: It's gonna be soon, but you gotta be patient ⌊34⌋

This is 11/26/12. 11/28/12 i⅚ when he got the picture ⌊35⌋, so, what's he talking about? How he say: Yeah! I got the picture! If there i⅚ no picture yet?! Vino told me <u>he</u> wanted to kill the agent <u>for</u> <u>free</u> becau⅚e <u>he</u> <u>wanted</u> <u>to</u>, but wanted a loan of $20,000 from the assassin. When the assassin would hear me, then he would give Vino the loan for him to get a bond, and then <u>he'll</u> pay back the assassin.

Vino told me to randomly practice the "code," before and after he knew we were being recorded in the cell, and would play the

"assassin" for when I would say this "code" on the phone. ⌊35.2⌋
"My friend" in this clip is Vino. 11/28/12 is when he got the
"uncle mike" code from the FBI:

Vino: Look. I got something else (UI)now. Listen. Instead of
all that other shit that we talked about with saying the money
shit and all that on the phone
Daoud: Mmhm
Vino: You aint gotta do that
Daoud: Uh huh
Vino: Yeah. You gotta make the call though ⌊36⌋


Vino: This the code and just kill him. Shit kill him... (UI)
hit. That's basically all you saying: How's Uncle Mike
Daoud: Yeah
Vino: And what do uncle and what do that mean?
Daoud: you kill him
Vino: Alright as I was saying
Daoud: Alright. That's easier
Vino: That's easier, it's simpler, and it's less chance of getting
us in trouble ⌊37⌋


This brings us to the other part of Vino's Grand Jury testimony,
"On November 1st, 2012, I contacted Drake Carpenter, an investigator
with the Cook County Sheriff's Department to tell him that Daoud
had requested that I have an FBI agent killed ⌊38⌋

"I know Investigator Carpenter from other investigations in

32

which I have assisted law enforcement ⌊39⌋

"I did not have any conversations with Investigator Carpenter about my interactions with Daoud other than to ask him the status of the case" ⌊40⌋

"All my directions came from Federal agents or attorneys" ⌊41⌋

Is the relationship between Carpenter, Vino's handler, really professional? Or is it personal? Was Vino really concerned about the safety of the community or the safety of the FBI agent? Did he talk to Carpenter about setting me up? Did Carpenter instruct him on what to do?

Their relationship was totally personal. Not professional. Vino does not care about, or fear for the safety of the FBI agent. And not only did he receive instructions from Carpenter about setting me up, the whole set up was ready before Carpenter even communicated with the Federal government.

Carpenter: Man! Stand. Stand on that dude! ⌊me⌋ Just tell him to fall back! You know what I'm saying? Stop talking about the shit until you get the response, but it's either tomorrow or Friday; so. It's a go. They just don't know if they get there tomorrow to get everything set up or Friday

Vino: ok

Carpenter: But it's a go. But yo dude, stand down! Just man, like check him just like: Dude, shut the fuck up, man. My lawyer is coming. He'll be here tomorrow or Friday for sure.

Vino: You told them to bring the picture with them?

Carpenter: Ye, um, I believe that's what they're on, but I didn't ask them that

VIno: Ok

Carpenter: You know what I'm saying? And then I sent her an email after I talked to you. Just so you know: everything that me and you talk about they're gonna want. That this shit can be brought up in court. So

Vino: Right

Carpenter: Just so you know. ⌊Note: And they knew this the whole time, and only gave my former attorneys these calls after they tricked me to do the Alford plea⌋

You know what I'm saying (Vino: yeah)  So I'm telling you what they're telling me to tell you. You know what (I'm) saying?

Vino: Right

Carpenter: ⌊Note: Now he "fixes" it⌋ So he said to tell dude to stand down. Fall the fuck back. Tomorrow they're, tomorrow or Friday for sure

Vino: Ok

Carpenter: Obviously not Thursday. Originally he told me tomorrow, and then he called me back cuz Muffin ⌊i.e. Vino's wife⌋ had texted me

Vino: yeah

Carpenter: And I told her tomorrow, but the dude just called me back and said they having a problem with the tech dude, but they're gonna try to do it tomorrow anyway ⌊42⌋

And that was _after_ he contacted the Feds. But Vino was ready

34

to have me make the call with the old code <u>before</u> his handler even reached them:

Vino: This nigga ⌊me⌋ wanna hollar at you, bro man, you don't wanna talk for him yet?

Carpenter: Who?

Vino: My cellie

Carpenter: No, because I can't. Cuz I don't know what to tell him. That's why I gotta talk to these cats⌊the Feds⌋. For real... I don't wanna get him on the phone and say something that's gonna come up later. You know, be fucked up

Vino:...... Right

Carpenter: Soon as this dude hit back, I'll know something

Vino: Yeah, cuz he anxious than a motherfucker

Caerpenter: Late today, or early today

Vino: Shit. When we go back in. I come back out at 3

Carpenter: Ok. Alright. I'll stay on their ass and help their ass out for you...

Carpenter: ... alright...

Vino: Yeah cuz this dude man, he wants this shit done

Carpenter: Yeah he's on frantic shit now. So I'm gonna bout to get on these cats right now, man. Damn that goofy stuff a lot of people get off... ask somebody else.... ⌊43⌋

Carpenter: Hello

Vino: Shit. You got something to write with real quick?

Carpenter: Go ahead

Vino: His area code 518, 505, 1139

Carpenter: 1139

Vino: Yeah that's the # for the uh, Federal <s>Agent</s> *agent* who locked my cellie up. He want me to kill him! ⌊laughing or almost laughing⌋

Carpenter: He want you to kill him?

Vino: Yeah

Carpenter: He say he want you to kill him?

Vino: Yeah, that's what he gave me the # for, to see if I can track him by the # and kill him!

Carpenter: Are you Serious?

Vino: Man, I don't be fucking - you think I called you 30 times yesterday for shit?

Carpenter: Yeah, I didn't have my phone yesterday. It was at the crib

Vino: Yeah man, that's what I was calling you for . I said he gonna trip on this one!

Carpenter: (laughing) [44]


Vino: I worked it out

Carpenter: Oh, with the chop?

Vino: yup... shit...

Carpenter: See. I told you. It wasn't gonna be that hard.

Vino: Naw. It was easier than I thought. He gonna get on the phone when you tell me he want you to. He gonna say on the phone for the picture

Carpenter: Oh okay. That's what's up. [45]


Vino: But he wanna talk though. I got him thinking that we got the painting on the phone and shit he gonna talk on the phone [46]

Compare that with my testimony:

52. Vino ordered me to practice a code at random that I didn't understand until I got the 2nd case. He told me he wanted to kill UCE for free because he wanted to. He also wanted a $20,000 loan to bond out of jail from his "assassin." who he wanted me to call. He wanted me to say the code to the "assassin" so the "assassin" would believe that I was a real person and would pay Vino the $20,000 back to pay back the "assassin,"

53. The code was:

You got the picture?

How much you got?

20gs

We would always have the same parts, with me saying "20gs". He told me to practice it randomly which I did. Do you got the picutre? I'd start till the end.

When I asked what picture he was talking about he, "You know! A picture! Like a painting!"

When I screamed "What 20gs I don't have any money!" He told me he knew but it was jullt to get a loan from the "assassin" to get a bond

When he explained to me he wanted me to call the assassin from my phone, I screamed "Hell no!"

Vino shaked me and yelled at my face, "YOU"RE GONNA DO YOUR PART!!" [47]


Vino: Yeah, I had to do some maneuvering though, but, uh, yeah, but I maneuvered, like a motherfucker, man

Carpenter: Yeah, well, I figured that. I mean, you know it was

going to be easy, but like I told you yesterday, you know, I
don't think he really understands the whole game. So once you
broke it down to him, he's gonna be alright

VIno: Yeah... I broke it down, man. I had to (UI) but I got
him to say what I needed him to say

Carpenter: Mmm hmm [48]


Daoud: When you come up with that?

Vino: I don't know

Daoud: A loan 20, 20gs?

Vino: Yup [49]


Daoud: Are you gonna give the money right away?

Vino: Naw I told you I'ma wait make sure you straight

Daoud: No,. I mean, are you gonna send the money right away?

Vino: What money?

Daoud: the 28gs?

Vino: I don't know [50]


Vino: What you think man?

Carpenter: I think they can do whatever they wanna do, but they
can't tell you that

VIno: right

Carpenter: You know what I mean... So for them to do all that
they're doing in this amount of time, I think that's fast because
how long does it take for that other shit, everybody else, their
bullshit... these cats [Feds] already gone came to Kankakee twice
[51]

Carpenter: I don't think shorty [me] that street smart

Vino: He not

Carpenter: You know what I mean? So far the things he's saying he thinks he's saying the right things and that's why you'll be able to manipulate the situation, especially when it comes to talking about bread. When you like: Man listen. A motherfucker aint doing shit for free for nobody to do anything

Vino: Right

Carpenter: You know what I mean? So just cuz I tell a motherfucker to do this, they're gonna do it off me telling them, but damn! Motherfucker know they got get chopped up

Vino: Right. Hell yeah

Carpenter: You know what I'm saying? There's no way around that man. You got enough street game to be able to... you don't you don't even know the lingo like that

Vino: Right

Carpenter: You know. You could tell him, you ~~nkow~~ know, when we talking about money, we gonna say chop. He probably don't even say chop and he don't even know

Vino: Right

Carpenter: You know, but if he, he saying chop, ah yeah, man you know. I 'll hit you with 15 pieces, or whatever. Ok. Word. Ok. I need to get that chop

VIno: Right

Carpenter: You saying: Well pieces mean bread, or what... you know what I'm saying

Vino: ~~Right~~ Mm hmm

~~Carpenter: Mm Hmm~~

39

Carpenter: That's some shit, you could tell them, that we have code work out man. We saying bread or we saying pieces, or we saying whatever

Vino: Right

Carpenter: When it comes to money. So this what he saying on the tape. You know what I mean?

Vino: Right

Carpenter: You know how to work that shit

VIno: yeeah...

Carpenter: I think shorty [me] gonna wind up going, once he see you into it because you're gonna be like :Let's do it. What's up?

Vino: yeah

Carpenter: Then he gonna be like: Oh shit! Now it's time for him to kinda... not show out, but be like: Like. Ok. This is, this is it. You know what I mean?

Vino: yup

Carpenter:And you aint gonna be shutting him down cuz I'm sure he like: god damnmit! nigga never want to talk

Vino: Right

Carpenter: You know what I mean? Or why's it taking him so long? You finally say: It's go time. Then you gotta be on his bumper like was on yours

Vino: Yeeaup. I already know

Carpenter: Yeah. I think it's a go man. I definitely, I don't think, it's going to go faster than they think it's going to go, you know what I mean?

Vino: yeah

Carpenter: But that was a good idea, him saying that, and get you a picture, and an ID a mother- I mean cmon man

Vino: Yeeup

Carpenter: What look more legit than that? You actually come with... this dude God damn! This dude for real! [52]

Again, Vino, the Gangster Snitch, and the Gangster Government said the "gift" was $20,000. [53] I said it was commissary; i.e. Food including donuts and jolly Ranchers [53.2] and Vino told me to give that to him. What does this sound like:

Vino: He dead

Daoud: For sure?

Vino: For sure. He dead.

Daoud: Alright. I'll give you your gift. Once I get down [from the top bunk!] [54]

That was 11/29/12. 11/28/12 is when I made the call. Face it. Face what? Face reality. Do you think I had $20,000 in my cell? Or Jolly Ranchers? And then Look how they manipulated the transcript [the above was my transcript of the audio]

Vino: He did

Daoud: For sure

Vino: For sure he did

Daoud: (UI) He did. He did. Told him to get down [55]

The fact that the transcripts were distorted is significant. It's a lot faster to read through transcripts than it is to listen

through the Audio. Especially in this case scenario where most of it is background noise and not conversation; So people dealing with cases trust the transcripts' accuracy. Myself included, expected this to be an honest rendering, but it wasn't This is why I took the pains to listen to this myself, especially when thinking about the Audio of my main case. Who did they give these transcripts to? Lawyers, Judges, and the Grand Jury

How was I supposed to pay Vino $20,000? Vino swore in the following:

Q Okay since then, have you had any interaction with Daoud?

A Not personally, but I received a message from him

Q What was that message?

A It was that he thought I was out because we had another payment arrangement for this deal that I did for him

Q The $20,000?

A Yes, sir

Q What was that arrangement?

A I was supposed to meet with a minister-- they call it a sheikh in his religion -- I was supposed to meet with the sheikh once I was released from jail. He believed that I was going to be released soon after this had taken place, and I was to receive a $20,000 payment for having this agent killed.

Q Did he tell you anything about the sheikh?

A Only that they had the same views and that he would consider the sheikh a terrorist also. [56]

Ask yourself: How did I send Vino a message? According to what

42

he said, I thought he was out. Out of jail. Ok: How you get a message? Did I call you? Did I write you? Where's the message?!!

Then the Sheikh: I told him nothing about him? Not even his number?! How would they meet?! The FBI loves to brag about supposedly knowing everything, let's ask FBI's Barbara Harner in the Grand Jury:

A He was going to pay him $20,000

Q We heard that testimony in the beginning, but why would Daoud think that Vino was going to receive this $20,000?

A I do not know what his purported motivation would have been for that [57]


Again:

THE GRAND JUROR: How would he come up with $20,000?

MR.JONAS That's a different question: That's a good question

BY MR. JONAS:

Q Did Daoud talk about how he would pay the money?

A Not that I specifically heard[58]


Q Was -- Daoud ever contact anyone else about this plot while it was ongoing from the jail?

A I do not -- The Murder-for-hire plot?

Q Yes

A I do not know

Q Yes, that's what we're considering here?

A Correct. No, I don't know

Q So he had no contact with his family or he did not contact his family?

A I know he spoke to his family while he was in jail. I haven't seen or read anything where he informed them of the murder-for-fire plot. I believe that would have come to my attention had he, but -- [59]

So if the FBI doesn't know, then what are you going by? His word? The Gangster Snitch Before Christmas?! [He was trying to get out before Christmas]!! [60]

The FBI had my phone calls. You know who else wanted them? Drake Carpenter:

Vino: Did you check the buddy [me] phone call though? [i.e. my phone calls]

Carpenter: He at (UI)?

Vino: Did you check the phone?

Carpenter: For um... the little guy? [me]

Vino: Alright

Carpenter: He was off on, what you call it, you know Saturday. Cuz I tried to do it Saturday cuz I was at work and um I couldn't get in so I gotta get him to change the settings and shit

Vino: Yeah

Carpenter: But when I see him, I'm definitely on top of that. Cuz they still got nobody on that thing

Vino: Right

Carpenter: If it was on the phone talking about it it'd be good

Vino: Yeah. I definitely wanna see what he talking about

Carpenter: Right, Right, Right. Yeah, I'm on top of that though [61]

Look at the accusation. They're accusing me of wanting to kill this Agent to stop him from going to court and testifying. [62] Besides the idea, that that is <u>crazy</u>- based on available evidence this could never be the case:

Vino: Hell naw! He gonna be in jail for a long time! He gotta-

Daoud: What?! I'm not gonna be here for a long time! [63]

That was the day of the call. This is the day after:

Vino: Almost time for what?

Daoud: Case. Court

Vino: Man, aint nothing gonna happen in court

Daoud: But (UI) discovery, I think something supposed to happen

Daoud: You know, I think it's just gonna continue it? So this is a new court case. Like I didn't go to court in months [I was in jail since 9/14/12, this is 11/29/12], man

Vino: You'll see

Daoud: But this is the longest time-

Vino:- Don't nothing happen fast, man, in this shit man! You're gonna here for some <u>years</u>!

Daoud: What

Vino: You're gonna be fighting this case for some <u>years</u>! You're not just going to go home in months! It don't happen like that, man. It never happens like that

Daoud: Right, I mean, but something's supposed to happen-

Vino: What the <u>fuck</u> do you think is going to happen?!

Daoud: I don't know... They're gonna say something in court

45

and-

Vino: They gonna say come back in a couple months

Daoud: But I'll learn something, right?

Vino: What?

Daoud: (UI) they're gonna tell me about (UI) it's not gonna be completely nothing, I mean

Vino: Yeah. Even- you'll see. You'll see. Aint nothing gonna happen man! Nothing happens man! You gonna see (UI)

Daoud: Nothing (UI) may get out

Vino: Nothing happens. You have a very serious case (Daoud)

Daoud: eh... (sighs) man... (sighs) man man man

Vino: Yeah that shit. This a new case, man. That shit. You've only been locked up 2 months Daoud

Daoud: Yeah

Vino: That's. No. I've been locked up 2 years and they still not saying nothing important, important. (UI) When I go back to court this time it'll be 26 months, and they still not saying nothing

Daoud: Dam...

Vino: Yeah, they need to know, it don't (UI) It aint like on TV. You know what I mean? How everything just go fast and it's over with in one hour and shit and you don't want to rush to trial anyway, man. You know what I mean? You're fighting the United States Government right now. You want this to die down. (UI) proper. And when you pick the jury or whatever, don't you want to pick a jury that don't remember exactly who you are?

Daoud: yeah

Vino: You want to pick a jury right now while you still fresh

ub

on everyone mind?

Daoud: Naw [64]


Daoud: But I get to pick a jury though?

Vino: Yup

Daoud: Anybody?

Vino: Naw. They're gonna have people that you choose from

Daoud: What if they're all crap?

Vino: You have to choose the best of the crap [65]


Vino: This case not gonna over with in 2 months or 6 months. You know what I mean? This case not gonna be over like that unless you take a plea

Daoud: Unless I plea guilty?

Vino: Yeah

Daoud: (UI)

Vino: That's the only way this case will gonna be over with soon [66]


When I first got locked up, I thought I would be in jail for a few days. Then I thought I would just go to trial and win right away because I'm innocent and that it would only take a few months. When the prosecutor said, "We can have trial as soon as March," I thought: March?!! And started counting the months.

How do I go from not knowing how trial works to ordering a hit on an Agent to obstruct justice?

I'm not crazy. But I was coerced and manipulated by CHS in this case and the UCE in the main case. If I'm not hurting anyone,

how dangerous do you think I am, if you think, for whatever reason, that I'm crazy?

Vino: ... I don't really talk to you when we out there, right?

Daoud: yeah

Vino: and we only get out of our cells only 4 hours out of the day. Some days, some days, we do don't get our hours, right?

Daoud: Yeah

Vino: So that mean 20 hours a day for the past like month and a half, or something, right? I've been around you constantly. And that's not good thing because you'z nuts, man

Daoud: Oh... then... some of my craziness rubs off you?

Vino: Hell naw. Hell naw. That mean that I get to know, I'm sure, that you, I would be a good judge for you being crazy (UI) people (UI) so much

Daoud: So if you were my judge, what would you say?

Vino: I I would send you to a nuthouse

Daoud: That's it?

Vino: Yeah

Daoud: A nuthouse? Well, what, what they do to people there?

Vino: I don't know, man. You need to be the first one to sign out

Daoud: What?! (laughs) I heard that for crazy people, that there's supposed to have jackets and give them crappy food. It's just like jail! (laughs)

Vino: Well, you need to go

Daoud: Well how long you wanna gonna put me there ?

Vino: Huh?