These things really happened, but the purpose of me telling him
was my last attempt for him to have some mercy. Both the UCE
and CHS turned down my request. I didn't tell UCE verbally. I
chickened out. But I thought I was telling him with my eyes.

Did they really care about me? Oh, sorry of course not. But
did they really try to know who I was? 9/14/12 was the first
time UCE addressed me by my name

UCE: So... Alright brother... so... a-adel, right?

Daoud: yeah [209]

The Grand Jury asked Barbara Harner about me

Q He-- I believe he was born-- he was definitely raised here
in the United States... [210]

I believe he was born?!

Racial profiling was used. The first FBI report in my case noted
that I am Egyptian and Palestinian descent. [211] Why did they
even mention this?

The FBI publicly admitted in my case that this plan, the bomb
plan wasn't mine and that the 2nd reason for sending UCE was
to stop me from Radicalizing people; which SA Najera said is
                                              sworn ₤
a form of Recruiting people. Radicalizing was defined as "Dawah"
by OCE2. OCE2 defined "Dawah" as "propagating Islam." The FBI
lifted no other reason to send UCE. [211.2]

Take Heed to what I'm saying to you, and don't presume that
what I'm saying will be wrong or deceitful, though the things
I'm saying to you are outrageous. These were not my plans to
blow up a bar and hire someone to assassinate UCE. These were
not my plans before I met UCE, OCEs, and Vino. These were not
my plans after we met. This was part of their plans to lock me

109

up to stop me from becoming, as they would say, a Radical Islamic cleric who would speak against them. I never even agreed to hire an assassin. These plans were furthered by agents who were making a living doing this and of a snitch who wanted to go home, and went home after the FBI paid his bond. The FBI claims to stop me from my plan. To have investigated, found out this plan, and stop me. This is **not** what happened. If that's not what's being said here, then I do not understand the accusation. Islam itself is deemed the threat, and this is something I've been observing for a long time now. For example, take this clip from the "Aliyona Show.": [From the videos they recorded me watching]

[3/22/11] Back in March we told you about the training of local law enforcement across the country when it comes counterterrorism and spotting homegrown terrorism polices. Now thanks to reporters who went on the inside examined the teachers, the so called experts, we learned that these lessons were incredibly biased and ultimately led to police racial profiling or worse. As journalist Joshua Crazy explains: inciting fear into those who wouldn't normally do things like think all Muslims in a negative light. But the [from Aliyona to Joshua Craz] Craz: But the problem when you're teaching someone about Islam if they don't know anything about it is that they go for the guy who makes you laugh the most, or makes you most scared. So some of the saddest scenes that we came across when we were doing this investigation were people who said: You know Joshua I never realized that Islam was a threat until I was in this training. But now I now and now I know to watch out for those guys. So a whole bunch of people who didn't previously fear Islam or worried about it suddenly became incredibly

motivated towards becoming vigilantes in their communities. [Aliyona]
Well now Spencer Acraman from (UI) Room has uncovered similar
types of counter terrorism training on a national level. Acraman
acquired a course handbook used to train FBI counter training
terrorism training on a national level. Acraman acquired a course
handbook used to train FBI counter training officers at the FBI
training ground at Quanoco, Virginia. And pretty much <u>everything</u>
about it should be sending off warning signals. Now the course
focuses solely on the threat of terror from Muslims. And encourages
trainees to focus on Muslims' religion as the sole factor in
~~determing~~ <sup>determining</sup> if they might be a terrorist. And What's worse use
of the word 'radical' that isn't even a focus on the handbook.
Because according to these teachings, even main stream Muslims
are terrorist sympathizers. So basically every Muslim likes terrorists
according to them. Now the handbook also labels the prophet Muhammad
[may Allah bless him and grant him peace] as a cult leader. And
the course was taught by William Gothar. This is a man who has
said in the past, that Muhammad's mindset is a source for terrorism,
and he was also an important figure in the Berber movement. So
that, should just give you a little bit of an idea of what we're
working with here. Now Gothar (UI) advises that basically all
Muslims, even mainstream American Muslims are potential terrorists.
He also explains that the more devout a Muslim is about his religion
the more dangerous they are to the US. Now within the handbook
they have this really really really super scientific linegraph
that demonstrates (UI) Gothar's ideology by showing that : See
Christians and Jews: the more devote they are, well this is the
non-violent, the less violent they are, as you can see. But if

we look at Islam, Muslims, the more devote they become they basically just stick along the violent line, all the way through. So I think it's pretty safe to assume.. with members of Federal law enforcement being taught that there is no such thing as a moderate Muslim. That's gonna affect the FBI's relationship with the Muslim community. WE told you about several cases where if FBI agents have gone undercover and infiltrate mosques accross the country. and potentially entrap individuals in terror attack plots. And Spencer Acraman explained on Rachel Mado last night these ~~lateset~~ latest revelations could further the damage that already strained ties between the Muslim and American communities. - They're very concerned about 2 related issues: which are counter terrorism and civil rights. And those 2 go hand and hand because as you remember Degrade Jimmy Mccwire said on "The Wire" a cop isn't anything without his sources of information. And unless there's community buy in in American Muslim communities and ~~otohr~~ other communities around this country, law enforcement can't do its job. It can't learn about what's happening, and it can't be alert to threats-

[Aliyona] Now and the FBI was questioned about this handbook, they just called it Rudimentary and they claim that their practices has since changed. [My note: It has not!] That's despite the fact that these concepts were still being taught in March of this year. So this little glimpse inside Some the downright offnsive, if not incredibily Stupid training practices of the FBI. Is it time for the government to take action? Call for some change? Now a few politicians already have [Note: What happened?! They were probably getting drunk laughing-hahaha we aint changing SH*T!!] and this was actually before the FBI training materials

112

were leaked [because they knew! ]. Senators Joe Leaverman and Susan Collins have questioned the qualification of those training our Feds and counter terrorism. But now that this information is out there the FBI's probably be forced to do serious damage control [212]

A good example of this is when the FBI interviewed the Sheikh of my masjid, Abdool Rahman Khan about me. Khan explained how grateful he was to go to an FBI Citizens' gathering, and was about to report me, but chose not to. He saw a warning sign a year ago when I started wearing a turban! He said, "People who wear turbans do not want to embrace the values of society." and "Our religion does not wear this." [213] Not only is it part of our Religion because it's a practice of our prophet, may Allah bless him and grant him peace, and the practice of the first Muslims, but that idea that wearing a turban being a Red flag was from the FBI Citizens meeting, and Aliyona was right!

No body said I had an actual plan before meeting UCE. No body. Not even UCE. [214]

"Daoud began planning an attack August 2012" [215]

"the only specific plan Jaafer was aware of was the planning of a bomb in a nightclub" [i.e. "from approximately August 10th to August 20th" of 2012 "in the mosque"] [215.2]

And these were quotes from people they tried to make my co-defendants- one of them was under 18- and even when the FBI tells one over and over to say something against me, the only plan they found was the one that they made! August 10th 2012 is when UCE finally convinced me to join him in his plan. [215.3]

On 8/14/12, I told OCE that I'm worried about my security.

113

[215.4]

8/16/12 I tell him I don't think I can do an attack. [216] By 8/19/12 UCE induced me again and gave the ultimatum. [217] It's evident also with interviews of the would-be co-defendants:

"Daoud promised Tounisi he would not do an attack but would instead just go to school at the University of Medina" [218] This was the same time of the sting at the end of Ramadan.

"During Ramadan, Daoud and Tounisi talked to two Imams about violent Jihad. AFter the discussion with the Imams, Daoud and Tounisi both told Jaafer that they no longer planned on conducting a violent attack in the United States"[219 ]

Al Hemdu-lillah. Tr. All praise is due to Allah, that I was the only one who kept contact with the UCE, and he was only able to induce and entrap me and not them. And what are the odds that neither of them were ever charged with Weapons of Mass Destruction? What are the odds that I was never again charged with attempting another bombing, but I was accused, once again, for "Recruiting people" aka Dawah?[220] Even to the Gangster Snitch Before Christmas, I said:

Daoud: I don't wanna get in trouble (UI) the reason I didn't want to do anything here , right? It's not that I don't believe in it, it's that, I didn't(laughs) want to end up here! [221]

Daoud: The thing is I don't I don't mind that much as long as it's something uh, under like my capabilities. You know it's very small capabilities right now

UCE: We would do it together, brother

Daoud: Right. But I mean, if you give me, If I could do something that uh, less suspicious, under my capabilities or with assistance.

114

Okay? And I don't get caught, Cause if I get caught... [Note: notice, that this is something the UCE is "giving me" and he refuses to give me anything else. He could have gave me something totally legal]

UCE: But it...

Daoud: ... my parents will go like, they'll flip over , man . They'll be like..

UCE: ... I, I...

Daoud:... Sonic the Hedgehog ,man. They'll be like...

UCE: ... I know it. I don't want...

Daoud: ... they'll be like, where is the, what is it to be off the flies? No, man... they'll be like, they'll be like, an an Energizer bunny is broken or something like that (laughs)

UCE: You, you and I will do it together. [doesn't that remind you of VIno? "Cuz it's going!"] So we're not gonna get caught

Daoud: So, you nkow...

UCE: I I swear

Daoud:... how not to get caught? [222]

"He wanted to talk about politics and religion with a friend online or eventually one much older than himself. And he was immediately drawn to this agent as someone who valued his relgious and political opinions and comments. He continually did what teenage boys do, and that is talk big or in quotes "wolf." Speak about attention getting topics and throw out ideas such as flying cars as the weapon of choice in carrying out violent Jihad. The court does not understand how the government really relied on an article about a flying car from the 1950s to prove its claim that defendant 18 at the time he did this, was somehow looking

at that as anything other than bravado " [223]

It's my belief that Coleman, may Allah guide her and set her affairs in order, knew I was entrapped. But the way the system works is that the judge listens to both sides and makes a ruling rather than intervene [I forgot the name of this]. So I don't blame her for my conviction, but my lawyers who were insincere advocates. Again, she knew I was induced,

"The possibility that Daoud could be co-opted or persuaded again is one that cannot be ignored. At least not at this time." [224]

A lot of people ask me: Well what if you're persuaded again? Besides the fact that anyone could be tricked, and the victim of this kind of situation, and blaming the victim is <u>wrong</u>, I say to them that they same scenario came to me many times in prison. People tried setting me up for bombings, assassinations, terrorist attacks, escape plots, and the like unsuccessfully. The fact that I could be entrapped, then framed to do something for propagating my Religion [even if this is not an official charge- it was the true motive for arresting me], and then coerced and also framed for a bogus "Murder-for-Hire" case, and still be blamed for it-should shock the conscience. The old code that was played, for instance. How much money you got? He planned that from the beginning. It's not hard to see.

"this matter is not as complicated and full of drama as you all have made it"[225]

"I just think that what is being done here and you all are turning this into a trial. And you brought your case. He pled guilty pursuant to Alford. And for you all to think you have to put this much evidence on to support your position, makes me wonder:hmm"[226]

"Clearly he believed he was detonating a bomb that would cause human deaths, and injuries, and would put him in a place of favor with the Prophet Muhammad [may Allah bless him and grant him peace] Allah Himself, or his religion" [227] [these were the beliefs they used to set me up]

"He constantly refers to his parents and his concern for disobeying them. He refers to doing something within his very small capabilities or doing it with assistance. Quote, 'Cause if I get caught, my parents will go like, they'll flip over man. They'll be like Sonic the Hedgehog man.' Asking the directions of religious leaders, but wanting the approval of his friend the UCE.

He clearly stated that he did not know how to build a bomb... He did not know how to build a bomb. He drove around looking like a Ninja Warrior. He showed himself to be passionate about his religion and would appear to do anything with his whole heart." [228]

It makes you think: Why on sentencing and even resentencing, as dangerous as I am supposed to be; Wehy didn't UCE wear a disguise, or even want one? Was he really afraid of me? [229]

"I've had a sentencing with another terrorism case, and it was nothing like this." [230]

"My focus for this sentencing is Mr. Daoud. As to what he was doing, as to what he thought how he acted, what his affect was, and yes the agent's testimony comes in somewhat, but I can get that from the transcripts. I don't need his translation. Obviously his translation brought up to this point, and you all relied upon it." [231]

## References

1. YTUBE_002-00000064.mp4, 17:51, folder 63, Native , PROD
   YYTUBE_002-0000027.png
   "Release the Prisoned!"
   "Sheikh Anwar al Awlaki - Guantanamo lecture (Banned in Britain)"
   uploaded by Daoud 9/5/12 at "MajahidNIGGA" channel
   Poem cited by Dr. Sami Al-Arian, former political prisoner. He
   was acquitted at started a Nonprofit organization to help Muslim
   politcal prisoner5 Civil Coalition of Civil Freedoms
2. Pg. 19, GJ_002-000112.pdf, Vino aka Willaim Vincent Paschal,
   Grand Jury testimony
3. pg. 24, at Id
4. pg. 24, at Id
5. pg. 30, at Id
6. pg.6/36, GJ_002-000142.pdf, Vino Grand jury part 2
7. pg. 7/37, at Id
8. pg.8/38, at Id
9. pg.; 39-40, at Id
10. 5:27-6:08, F53541D60A3... (11,011KB) Kankakee calls
11. 8:21-8:38, 2F6B5EF50A4...(11,623KB) Id
12. 12:42-13:45, E2B892AA0A3... (11,623KB) Id
13. 5:49-9:15, 201F45660A3...(7381KB) Id
14. 1:28 - [End], 52DEBC1F0A3...(9907KB) Id
14.2. pg.12/42, GJ_002-000142.pdf - Vino GJ part 2
15. 00:21-00:30, Id
16. From 1:44- , ... 670-001, 11/30/12 CHS Audio
17. From 2:44, Id
18. From 11:05, Id

116

18.2. As a habit I would talk to myself. Vino wasn't talking to me when I said that

19. 8:47-11:40, ... 327-001, 11/26/12 CHS Audio

20. From 00:20-, ...328-001, 11/26/12 CHS Audio

21. 3:02-3:32, ...476-001, 11/28/12 Id

22. 4:39-9:02, Id

23. 13:21-14:05, Id

24. From 3:06-, ...477-001, 11/28/12 CHS Audio

25. 3:10- , Id

26. 3:16- , Id

27. 3:18-3:33, Id

28. 7:41- , Id

29. 10:45- , ...478-001, 11/28/12 Chs Audio

30. 6:15- , ...481-001, 11/28/12 CHS Audio

31. 6:45- , Id

32. FBI report 302_003-000047.pdf

           302_003-000016.pdf

           302_003-000015.pdf

           302_003-000013.pdf, etc

33. FBI Report - FBIEC_001-000001 - hard copy

34. 00:23- , ...315-001, 11/26/12 CHS Audio

35. FBI report 302_003-000047.pdf

35.2. #52 in Daoud Affidavit, pg. 188, Daoud's sentencing Memorandum with attached Affidavit/Objections to "government's Factual Basis for Defendant's plea of guilty pursuant to North Carolina v. Alford"

36. 2:49- , ... 481-001, 11/28/12, CHS audio

37. 4:47-5:10, .. Id

38. pg. 13, GJ_002-000112.pdf, Vino Grand Jury

39. pg. 13-14, Id

40. pg. 25, Id

41. pg. 25, Id

42. 00:30-1:47, 1FD0975B0A3... (11,471KB), Kankakee jail calls

43. 2:16-3:13, 1EA34DE... (9930KB) , Id

44. 00:18-1:29, BCFB8DE90A3... (9823KB) Id

45. 00:34-00:46, 0F49DA... (1248KB) Id

46. 00:53-00:57, Id

47. #52-53, pg. 188, My Affidavit from my Memo [same as FN 35.2]

48. 1:18-1:34, 0F49DA... (1248KB) Kankakee jail calls

49. 8:57- , ...482-001, 11/28/12, CHS Audio

50. 11:16- , ...505-001, 11/28/12, CHS Audio

51. 00:26-00:47, 0B60C4B80A3... (8607KB)

52. 8:50-11:00, Id

53. See my direct examination of Paschal from recent resentencing hearing

53.2. #55 and #61 of my memo Affidavit

54. 12:00- , ...567-001, 11/29/12, CHS Audio

55. Pg. 2, Trans_001-000246.pdf, 11/29/12, CHS Audio

56. pg. 29-30, GJ_002-000112.pdf, Vino Grand Jury

57. pg. 21-22, GJ_002-000001.pdf, FBI Barbara Harner Grand Jury, 1/17/13

58. pg. 26, Id

59. pg. 39-40, GJ_002-000029.pdf, FBI Harner Grand Jury 8/29/13

60. FBI REport 302_003-000015.pdf

61. 1:07-1:55, 6180B9B20A3..(10,149KB), Kankakee jail calls

62. GJ_002-000080.pdf, GJ_002-000083, pg. 4, "with intent to prevent attendance and testimony of that person in a official proceeding" charges of 2nd case

63. 8:09- , ... 472-001, 11/27/12, CHS Audio

64. 9:34-12:14, ...569-001, 11/29/12, CHS Audio

65. 12:35- , Id

66. 14:10- , Id

67. 8:20-10:20, ...407-001, 11/27/12, CHS Audio

68. pg. 436-439, 9/5/12, UCE trans, UC_004 PART 4

And the Grand Jury asked VIno, pg. 47, GJ_002-000142.pdf, at GJ_002-000158

69.  Kim Iverson (6/19): The FBI's Disturbing Role in Grooming a 16-Year-Old with Brain Development Issues into a Terrorist[Video: 17 min. 43 sec.] [6/25/2023]

TRT World (6/16): Flight or fright: FBI's no-fly list's troubling toll on Muslims

A recent report by the Council on American-Islamic Relations (CAIR) reveals that more than 98 per cent of the individuals on the watchlist are Muslims, with the No-Fly list being over 99 per cent Muslim. ~~According to the report, even though federal law enforcement officials are considered~~

The Intercept (7/31): After His Mother Asked for Help, FBI Terrorism Sting Targets Mentally Ill teen

Two paid undercover FBI informants began communicating with Meyer "soon after his 18th birthday," fostering his path to extremist ideology only once he could be legally prosecuted as an adult. Although the FBI was aware of Meyer's history of mental illness, rather help steer him away from wrongdoing, the FBI informants

helped Meyer develop the plan to join the Islamic State that eventually led to his arrest

[8/11/23] Associated Press (98/8] A Judge called an FBI operative a 'villain.' Ruling comes too late for 2 convicted in terror sting

A judge said the FBI had used a "villain" of an informant to manipulate a group of Muslim men into going along with a fictitious plot to destroy military plans and synagogues. She ordered three released from prison. Now Yassin Aref, who was convicted in another sting carried out by the same FBI operative, says he hopes the ruling will prompt U.S. prosecutors to review the fairness of similar counter-terrorism operations carried out in the wake of the 9/11 terror attacks

70. FBI Report 302_003-000019.pdf

71. CPPD_001-000001.pdf

stole $2 from Pasco after struck her in the back of her head with a gun

... Credit cards and Ids in purses

... necklace and bracelet was taken off her person after one of them stomped her hand

... once inside they seperated the victims and help each one at gunpoint, as they ransack the house in there attempt to find something to take..

one threw ... also cited pg. 171 in my Memo

71.2. GJ_002-000172.pdf, Vino's notes. Also I came across, upon review, FBI report 302_003-000022.pdf where Vino tells FBI that I "couldn't agree in advance to pay him but will give gift after Mudeffa was killed" affirming the same notes

122

72. FBI Report- 302_003-000015.pdf

73. pg. 31/1, GJ_002-000142.pdf, Vino Grand Jury Part 2

74. pg. 32/2, Id

75. pg. 469, 2019 sentencing transcipt, "And when the cell mate told him the undercover was dead, the defendant expressed relief: AUSA Barry Jonas

76. pg. 11, GJ_002-000001.pdf, FBI Barbara Harner, Grand Jury

77. pg.13/43, GJ_002-000172.pdf, CHS(Vino's) notes

79. pg. 2, Id

80. FBI report 302_003-000015.pdf

81. 302_003-000013.pdf

82. 302_003-000014.pdf (14)

83. 302_003-000016.pdf

84. pg. 15, GJ_002-000112.pdf, Vino Grand Jury

85. pg.7, Id

86. pg. 24,Id

87. pg. 30, Id

88. pg. 39-40/9-10, GJ_002-142.pdf, Vino Grand Jury Part 2

89. pg.19/49, Id

90. pg. 15/45, Id

91. pg.16/46, Id

92. pg. 2, FBI Report 302_003-000015.pdf

93. 00:30-00:56, DBEC15920A3... (2939KB), Kankakee jail calls

93.2. 1:22 - 3:15, Id

94. 00:25-00:41, FC27C5660A3... (12,154KB), Id, 2:07- 6C3AF3000A3-wife's name

95. 00:26-00:35, 397051690A3... (1299KB), Id

96. 00:24-00:29, 71C6D9D6A3.. (391KB), Id

123

97. 2:24- , 0540BEA10A3.. (6818KB), Id

98. 3:21-3:51, Id

99. 4:08-4:18, Id

100. 1:38-1:52, 51C4AD120A3.. (7606KB), Id

101. 00:38-1:05, E7CD2ABB0A3.. (8418KB), Id

102. 5:08-5:35, Id

103. 1:20-3:16, BED8E2E70A3.. (11,728KB), Id

104. 2:34-2:52, 0B42F740A3.. (10, 842KB), Id

105. 00:19- 00:26, Id

"Carp" 6:21, CC3B51520A3...

      12:20, C8ABDAFB0A3..

106. 00:25-00:43, 2F1C90770A3.. (9156KB), Id

107. 00:28-00:43, FABECACC0A3.. (4676KB) , Id

108. 4:19-4:58, FABECACC0A3.. (4676KB) Kankakee jail calls

109.     -13:02, BED8E2E70A3.. (11,728KB), Id

110. 2:48-3:00, DD8F478C0A3.. (4090KB), Id

111. 4:52-5:19, 6DF4B0D90A3.. (4090KB)

112.1:18-2:31, Id

113. 4:03-4:38, Id

114. 1:26-1:42, 577460070A3.. (11,195KB), Id

115.00:46-1:14, 4CEE3AA90A4.. (4938KB), Id

116. 00:59-1:09, BED8E2E70A3.. (11,728KB) , Id - *Context was Carpenter's better position or promotion*

117. 8:33-8:43, Id

118. 7:03- , CC3B51520A3... (6922KB), Id

119.2:45-5:55, 61925FBE0A3..(8409KB), Id

120.2:40-4:44, 63A442430A... (3794KB), Id

121.2:40-2:20, 68D055CB0A... (10,149KB), Id

122. 5:40-6:10, 6180B9B20A3... (10,149KB), Id

122.2. See former attorneys' sentencing Memo for reference

123.4:48- , 0540BEA10A3.. (6818KB), Id

124. 7:38-7:50, Id

125.7:54-8:33, Id

126. (:08- , Id

127.&:00-8:40, 50534424.flv, FBI Interrogation of Daoud

128. 13:43-14:59, Id

129. 10:14- , ...00005-001, 11/23/12, CHS Audio

130.5:10- , ...217-001, 11/25/12, Id

131. 4:00- , ...218-001, 11/25/12, Id, 132.8:11

132. 8:11- , Id

133. 1:48- , ...219-001, 11/25/12, Id

134.00:20- , ...328-001, 11/26/12, Id

135. 2:00- , ... 358-001, 11/27/12, Id

136. 2:30- , Id

137.  3:39- , Id

138. 4:20- , Id

139. 4:55- ] Id

140. 5:49- , Id

141. 5:53-6:34, ... 391-001, 11/27/12, Id

142. 7:05- , ... 395-001, 11/27/12, Id

143.  11:04-11:18, ...472-001, 11/28/12, Id

144. 3:10 - , ...477-001, 11/28/12, Id

145. 8:30-, Id

146.8:57- , Id

147.11:34-12:42, Id

148. 12:42-, Id

149. 00:50-, 1:40-, ..491-001, 11/28/12, Id

149.2. 3:320-3:55, ...505-001, 11/28/12, Id

150. 13:55- , ...661-001, 11/30/12, Id

151.2:21- , ...477-001, 11/28/12, CHS Audio

151.pg. 187- My Memo's Affidavit

152. 2:21-, ...477-001, 11/28/12, CHS Audio

153. pg. 188-, My Memo's Affidavit

154. pg. 189-, Id

155. 12:53- , ...123-001, 11/24/12, Id

156. 10:01- , ... 126-001, 11/24/12, Id

157. 3:24- , ...129-001, 11/24/12, Id

158. pg. 190, My Memo's Affidavit

159. 2:44-5:11, D3628CE20A3.. (9352), Kankakee jail calls

7:18-9:00 - 143A66970A3... (Funny! call)

160:3:25-3:35, 67873C5C0A3... (9231KB), Id

161. 8:00-8:13, D20638DC0A3... (9016KB), Id

162. 6:10-6:25, 4CEE3AA90A4... (4938KB), Id

163. 6:34-6:41, Id

164. 2:40-4:32, 5C2C3BAD0A3... (9464KB), Id

165. 4:25-4:32, Id

166.11:40-11:50, Id

167. 6:27-6:50, D20638DC0A3... (9016KB), Id

168: 9:10-9:20, Id

169. 9:45-, DDB56AB60A3.. (13,026KB), Id

170. 3:00-3:51, E0749B6C0A3.. (10,540KB), Id

171. 9:39-10:12, DDA3B9D00A3... (12, 448KB), Id

172. 10:39- , Id

173. 12:27-, Id

174. 12:50- , Id

126

175. 16:02-16:20, Id

176. 9:02-9:53-, E773213E0A3... (12,614KB), Id

177. 7:04-7:21-, 1AF9DD9AA0A4... (5852KB), Id

178. 6:16-6:25, 1164D54C0A3... (5139KB), Id

179. 7:27-8:39, F03CAB400A3... (12,132KB), Id

180. pg. 8/9, GJ_002-000163.pdf, GJ_002-000170, Vino Grand Jury statement

181. pg. 27-28, GJ_002-0000112.pdf, GJ_002-000138, Gj_002-139, pages, Vino Grand Jury

182. pg. 31, Id, GJ_002-000146.

183. pg. 35, Id, GJ_002-000146

184. Report of Thorek Memorial Hospital, 302_008-000006.pdf, pg. 3 and pg. 6

185. 2013.02.13 BOP Psychology Data system Rpt of Dr. Dana.pdf
2015.06.22 BOP Psychology Services SHU review of Dr. Dana.pdf
2015.07.27 BOP Psychology services SHU review of Dr. Dana
2018.07.17 BOP Health Service Clinical Encounter Admin Note.pdf
"low risk for violence to self or others at this time" pg. 1

186. FBI LAB_007-000001.pdf, Item (1)(1) stain from outside front of jumpsuit and Item 2 (1) bloodstain from outside back of jumpsuit Blood was identified on item 1... HANCOCK is excluded as a potential contributor of the DNA (1/2)

187. 2:51-3:50, Dec_02_2017_19_33_39_PM (phone call with dad in butner)

188. 5:08-5:20, Id

189. pg. 12, 2018.02.26 Interview of Dr. Wadsworth

190. 3:05-4:06, 43222424_Aug_27_2017_23_17_58_PM (phone call with dad)

190.2. See Ipad court date with Judge Lee. There was only one on the Ipad. Check Docket #377 and #378)

190.3.5:15- , ...579-001, 11/29/12, CHS Audio

191. pg. 7, GJ_002-000007.pdf, Barbara Harner FBI, Grand Jury

192. pg. 8 , Id

193. pg. 15, GJ_001-000001.pdf, FBI Jeffery Parsons, Grand Jury

194. 8/10/2012, 10:58:42 Pm, pg. 9, Skype chat (UCE) UC_003 part 3

195. 8/19/2012 11:00:50 pm, pg. 65, Id

196. pg. 319, UC_04 PART 4, LN 15-19, 8/23/12 , UCE Audio transcripts

197. pg. 437, LN 31- , 9/5/12, pg. 47 printout

198. pg. 20 GJ_002-000001.pdf, FBI barbara Harner, Grand Jury

199. pg. 42-43, GJ_002-000029.pdf, Barbara Harner, PArt 2 Grand Jury

200. Oxford American Dictionary and Thesaurus 2nd edition

201. (1.) pg. 105 LN 23-27    UC_004 PART 4 [all quotations from the audio UCE transcript will be from this file unless stated otherwise]

|  |  |  |
|---|---|---|
| pg. 106 LN 40-45 | | For more details see my Memo + most recent cross exam of UCE |
| pg. 109 LN 4-6 | 7/17/12 | |
| (2.) pg. 221 | | |
| pg. 222 | 8/6/12 | |
| (3.) pg. 226 | 8/6/12 | |
| (4.) pg. 233 | 8/6/12 | |
| pg. 302 | 8/23/12 | |
| (5.) pg. 311 LN2022 | 8/23/12 | |
| (6.) pg. 563 | 9/13/12 | |
| (7.) pg. 577 | 9/13/12 | |

128

202. pg. 468-476, 9/5/12 UCE Audio transcript

9/8/12 message Daoud to OCE, USAO_001-000075, USAO_001-000076, end of message

203. pg.556 Daoud: cuz I didn't do that much you know

UCE: You did a lot brother [9/13/12]

pg. 624, UCE reiterates how great a "job" I did

204. Quran: Surah 49 verse 12

205. #14, My Memo's Affidavit, pg. 180

206. pg. 73-79, Malcolm Gladwell, <u>Talking to Strangers</u>

207. Walkie Talkie

208. 42:28-43:04, 9/14/12, UCE Audio, Folder "Audio 9" outwrap...

209. 39:40- , Id

210. pg. 37, GJ_002-000029.pdf, FBI Barbara Harner, Grand Jury

211. FBI report, 302_002-000001.pdf, 5/15/12, "FBI-Chicago captioned Group 1 UCO will be used in efforts to <u>target</u> Adel David, user of email account arabnigga21@yahoo.com subject of FullFBI Investigation ... Adel David, believed to be an 18 year old male of Egyptian and Palestinian descent..."

211.2. See most recent testimonies of UCE, OCEs, SA Najera, and SA Hartman, also FBI Report 302_002-000011.pdf, 6/20/12

211.3. Where the defense of entrapment is at issue, the prosecution must prove beyond reasonable doubt that the defendant was disposed to commit the criminal act <u>prior</u> to first being approached by government agents. This statement admits no ambiguity. [pg. 2] For the majority [of Supreme court, Jacobson] however the relevant question was whether the defendant was predisposed <u>prior</u> to government's initial contact [pg. 13]

Jacobson also makes explicit what was only implicit in Sherman:

129

that a person is not predisposed to commit a crime simply because
he has the urge or inclination to do so [pg.14]

Furthermore, a person's inclinations and fantasies are out of
reach of the government [pg.18][See also pg. 416, 8/23/12 UCE
Audio transcript: Daoud: All I have is ideas and crazy fantasies.
That's all I have , LN 31-42]

Instead, a defendant who lacks the means to commit the crime
when first approached by the government is nonetheless predisposed
if he "had the idea for the crime all worked out and lacked merely
the present means to commit it, and if the government had not
supplied [the means] someone else very well might have [pg. 19]

the relevant inquiry was whether Sherman was "ready and willing
to sell narcotics:; the Court concluded that "[t]here is no evidence
that petitioner himself was in the trade." 356 U.S. at 375 (emphases
added). Since then, the Court has said that "the principal element
in the defense of entrapment [i]s the defendant's predisposition
to commit the crime" - not just any crime. Russell, 411 U.S.
at 433 (emphases added) [pg.20-21]

the fact that Mayfield, once ensnared, actively participated
in it doesn't tell us much about his predisposition . See Evans,
924 F. 2d at 716 (explaining that the defendant "was indeed entrapped,
it is irrelevant that the entrapment was so effective as to make
him not only willing but an eager participant" [pg.24]

A defendant is predisposed to commit the charged crime if he
was ready and willing to but hadn't yet found the means [pg.4]

For no officer of the government has the power to authorize the
violation of an act of Congress, and no conduct of an officer

130

can excuse the violation. But it does not follow that the court must suffer a detective- made criminal to be punished. To permit that would be tantamount to a ratification by the government of the officers' unauthorized and unjustifiable conduct . Id. at 423-24 [pg.9]

This prosecution should be stopped, not because some right of [the defendant's] has been denied, but in order to protect the government. To protect it from illegal conduct of its officers. To preserve the purity of its courts" Id at 425 [pg.9]

The Court agreed that the evidence established entrapment as a matter of law. Sherman, 356 U.S. at 373 [pg.12]

The premise is that predispostion is not an immutable characteristic or one-way ratchet [pg.12]

the Court explained that the predisposition inquiry focuses on whether the defendant "otherwise would ... have attempted the crime without government intervention".Id.at 376 [pg. 12]

Quotes taken from USA v. Mayfield, 771 F. 3d 417; 2014 U.S. App. LEXIS 21525 No. 11-2439

(1.) So I had to be predisposed prior to being approached by government agents

(2.) Having an urge, inclination, or fantasies about jihad is not predisposition

(3.) This idea of blowing up a bar downtown with a car bomb was not my idea "all worked out" before meeting UCE or even OCEs

(4.) "The crime" is not Jihad. "The crime" is attempting to use a WMD to destroy a building in the US -

(5.) Me agreeing to go at the end with UCE is "irrelevant" to predisposition

(3)

(6.) The made up post that I "would make the bomb" if "I could find the required materials" fits perfectly into "if he was ready and willing to but hadn't yet found the means." This is <u>why</u> the lie was crafted this way. Anyone can bring me a pipe or pressure cooker, for the article on "how to make a bomb in the kitchen of your mom" for example. This fake post said that I said I would make "the bomb" from "the article" from Inspire magazine. I had the first 9 issues, that existed at the time. Where, then, is the article on how to make a car bomb?

(7.) By protecting my rights you're really protecting the purity and function of the government, law enforcement, and purity of the court

(8.) Cases can be found as entrapment as a matter of law

(9.) Predisposition is <u>not a</u> one way Ratchet. So because I'm a Radical Muslim, an Islamic Fundamentalist, a terrorist, etc doesn't make me guilty of any offense charged

(10.) So if I'm guilty, this means I really would have blown up a building in the US. If I wasn't confronted in this scenario by the UCE and OCEs, then it is likely that I would still have blown up buildings with a car bomb. This is super far fetched and untrue. UCE asked this question on whether I would do even ~as opposed to asking specifically if I'd bomb something~ just an attack in the U.S, if he wasn't there, and I said no three times (or more actually). Look: pg. 320 LN 1-12 LN 26-31, pg. 325 LN 31-45 , 8/23/12

211.4.   See most recent UCE testimony on cross and pg. 195 , UCE Audio transcripts, 8/6/12, for more see my Memo and other agents testimonies from the most recent hearing

212. BB_001-0004248.flv, PROD then NATIVE

132

213. Khan interview /interrogation by FBI, 302_013-000001.pdf Also, the prophet Muhammad, may Allah bless him and grant him peace, wore a turban, as well as his Sahaba [companions] and wearing one is considered Sunnah (part of his way). For more see chapter 6 of the turban and cloth under the turban (called now a kufi) in the book <u>Shamaa-il Tirmidhi</u>

214. See most recent testimonies from most recent hearing

215. pg. 5, FBI 302_002-000297.pdf

215.2. pg. 4, pg. 3, FBI 302_002-000398.pdf

215.3. pg. 35, My Memo

215.4. USAO_001-000043, 8/14/12 message at bottom, Daoud to OCE, hardcopy

216. USAO_001-000052, 8/16/12, Daoud to OCE, Din Haqq

217. 8/19/12, 11:00:50 pm, Skype text chat, UCE, UC_003 PART 3, etc

218. pg. 8-9, FBI report 302_012-000001.pdf

219. pg. 1 FBI 302_006-000005.pdf

220. pg. 7, "International Terrorist (ITO) Support and Recruitment," MCC-DAOUD_001 Bates stamped Sensitive, See more pg. 175 of my Memo

221. 14:03- , 11/23/12, CHS Audio, ... 00005-001

222. pg. 197, 8/6/12, UCE Audio Transcript

223. pg. 7, 5/6/19 continued sentencing

224. pg. 11, Id

225. pg. 217, 2019 Sentencing transcript

226. pg. 298 LN 5-9, Id

227. pg. 8 5/6/19 continued sentencing

228. pg. 8, Id

229. pg. 238, 2019 sentencing transcript

230. pg. 345 LN 23-24, 2019 sentencing transcript

231. pg. 296 LN 2-8, Id

US District Court

Northern District of Illinois

Eastern Division

USA                                    12 CR 723

v.                                     13 CR 703

Adel Daoud                             15 CR 487

Affidavit in Support to the attached document

I hereby affirm that the following facts are true, correct, and complete. That I am of majority age, and competent to state the matters herein. In support Affiant, Adel Daoud, Will state the following:

1. When I was kidnapped by the FBI, I was 170 pounds. Within the first 4 months of incarceration, while in Kankakee couny county jail, I dropped to about 145-pounds. This was due to them not having a Halal option on the menu

2. I had a habit almost my whole life before being incarcerated, and partly while incarcerated of talking to myself. The quote in the Audio recording, with cHS quoted herein was what I said to myself and was referring to Vino's assassination plot. pg.32, Ref.18

3. The "friend" that will get out of jail, that I refer to in the CHS recording is referring to Vino. pg. 31 Ref.34

4. When I was first kidnapped by the FBI, I thought I would only be in jail for a few days. When the prosecutor said: We can have a trial as soon as March 2013, I thought this was too long. I expected to go to trial, win, and go home quickly because I didn't hurt anyone and I was entrapped by the FBI

5. On 9/14/12 I felt the operation was like a tutorial level to a terrorist version of the game Grand Theft Auto

135

6. While walking away from the fake car bomb, I remember quickly glancing at it, and thinking, "For whatever reason I can't imagine this thing exploding. I'm trying to but I can't." And I felt that I would see whether or not it was real when we pushed the button

7. I told UCE to hold the detonator, knowing that he was getting out of the bomb car to show me where to park. I told him this because I wanted to tell him something along the lines of: See! I just trusted you with my life! Now, is this a set up? I was too scared to ask him, but I felt I was telling him with my eyes

8. When UCE on about 9/5/12 would not respond properly to a prayer I made for him, I felt suspicious of him. This is why I asked his "cousin" if he knew the prayer. I felt like this very well might be a set up. I didn't know what to do besides telling him to press the button together, by holding the detonator with me. Which he did. I felt it was sinful to be suspicious of a Muslim especially UCE who claimed to be a Mujahid who fought in Afghanistan. This is why I would try to ignore my suspicions.

9. My last thought was, "No matter what happens, at least I won't be a hypocrite." I felt that even if this turns out to be a set up, then it was still better to go to jail rather than go to Hell. I felt I would go to Hell forever as a hypocrite if I didn't go with UCE because UCE told me to only come if I believe in Jihad, which was an ultimatum to my Muslim faith

10. On 9/14/12, while UCE was driving me downtown, I thought, "Why am I here? He could have done this whole ~~thing~~ operation by himself? Why am I here? Maybe it's like a father taking his son to work? But that doesn't make sense. I know they hate us, but they don't

hate us that much... Why would they go through all this crap
just to set me up?" By "they" I meant the U.S government, and
by "us" I meant Muslims. I remember these things because this
was in my last moments of freedom, and I've been telling people
about my case since I was kidnapped by the FBI

11. The Bomb plot and Murder for hire plot were never my plots
or ideas

12. I thought, before being arrested, that if UCE was really
an agent, or if any agent set me up to arrest me, that the agent
himself would arrest me. Or that I would be locked up in front
of him. And I imagined the spy in such a scenario, with his hands
crossed, then pointing his finger at me, laughing evily, "Ha ha
ha ha! I got you now!" When the FBI made it look like we were
both getting locked up, I really believed UCE was getting arrested.

13. One of the reasons I used to argue that maybe it was not
a set up , for the bomb case, was that if the police wanted to
lock me up for my religious beliefs, especially pertaining Jihad,
then they wouldn't have to set me up with a fake bomb because
I really told UCE mybeliefs and religious opinions on these things.
So logically, to me, I would have already been arrested.

14. I was hoping Vino would feel bad and not go through with
making me make the "Uncle Mike" call, especially when I told
him that my mom and others were telling me to avoid getting in
more trouble

15. Since I've been locked up, besides vino, many people tried
to set me up including the C.O's and the prisoners. One CO at
MCC had the nametag "Muhammad" and tried to have conversations
with me. He lied about how much Quran he read regularly and I

137

noticed, so I walked away. He never came back to work, and was
new at the time this happened. Otehr other people have tried unsuccessfully
to set me up for things including but not limited to: assassinations,
bombings, terrorist attacks, or escape plots.

16. I met another person with a similar terror case as me in
the Medical Facility in Springfield, Missouri, named Sami Osmakac
who I saw during recreation. Osmakac expressed to me that he
was possessed by a Jinn and /or inflicted with magic after Christians
came to his door and debated with him about religion. They decided
to exchange reading material. He gave them a Quran translation,and
they gave him their pamphlet. He threw out the pamphlet and started
getting delusional. He told me he was supposed to use a AK47
in the set up, gernades, an explosive vest, etc, and I told him,
"Bro?! How can you use all that stuff at the same time?! That's
impossible!" He laughed, " I was incompetent," and told me about
the pros and cons to his psych medication.

 I was playing crazy and I wanted to know if he was too. He was
clear to me in that he was not faking and told me the above scenario.
He also told me in another prison he thought it was Friday everyday
and that it was the Day of Judgement every day, that he would pray naked the
Islamic prayer 5 times a day, and this was due to his delusion.
I myself would never do this to play crazy, because such a prayer
would not be accepted in Islamic law. I really believe Sami was
not competent mentally during the time he was set up.

138